**Foreign Traders' Company., Inc., Libelant-Appellant, v. The Steamship BLANDON, Triangle Steamship Company, Inc., Claimant-Respondent, and United States Shipping Board Emergency Fleet Corporation, Respondent Impleaded.**

No. 375.

Circuit Court of Appeals, Second Circuit.

June 30, 1930.

Leo J. Curren, of New York City, for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for respondent.

Before SWAN, AUGUSTUS N. HAND, and MACK, Circuit Judges.

PER CURIAM.

Decree [39 F.(2d) 933] affirmed.

---

**Samuel S. BLOCH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 2998.

Circuit Court of Appeals, Fourth Circuit.

July 16, 1930.

R. E. Cabell, of Richmond, Va., for petitioner.

Randolph C. Shaw, Sp. Asst. to Atty. Gen. (G. A. Youngquist, Asst. Atty. Gen., J.

Louis Monarch, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and De Witt M. Evans, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., on the brief), for respondent.

Before PARKER, Circuit Judge, and GRONER and ERNEST F. COCHRAN, District Judges.

PER CURIAM.

Affirmed on the authority of Heiner v. Tindle, 276 U. S. 582, 48 S. Ct. 326, 72 L. Ed. 714, and Nichols v. Smith (C. C. A. 1st) 35 F.(2d) 938.

Affirmed.

---

**BLUETHENTHAL COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 2938.

Circuit Court of Appeals, Fourth Circuit.

Nov. 13, 1929.

F. J. Sullivan, of Columbia, S. C., for petitioner.

Andrew D. Sharpe, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Cause docketed and dismissed on motion of respondent.

---

**Mark BOYD, Appellant, v. UNITED STATES of America, Appellee.**

No. 2966.

Circuit Court of Appeals, Fourth Circuit.

April 8, 1930.

J. P. Flanagan, of Richmond, Va., for appellant.

Irvin B. Tucker, U. S. Atty., of Whiteville, N. C.

PER CURIAM.

Appeal dismissed on motion of appellee.